UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES SPANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1470 CDP |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On March 13, 2006, I ordered the Office of the Missouri Attorney General to disclose the address of Angelia Bennett so that plaintiff could serve her with process. The Attorney General's office has responded that the Missouri Department of Corrections has no record that Angelia Bennett was employed by it. This response, however, does not indicate whether defendants searched for alternate spellings of the name "Angelia," such as "Angela," as well as any name changes due to marital status. Counsel shall file a supplemental response advising the Court that defendants completed the search for an employee named "Angelia Bennett" using these expanded search criteria identified in this Order.

Accordingly,

**IT IS HEREBY ORDERED** that defendants shall file a supplemental memorandum in compliance with this Order by no later than **Friday, April 14, 2006.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of April, 2006.