UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES SPANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1470 CDP |
| ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motions for entry of clerk's default and default judgment against defendant Bennett for failing to answer the complaint. Because I granted Bennett leave to file an answer to plaintiff's complaint, the motions will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for entry of clerk's default [#47] and motion for default judgment [#48] are denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2006.