UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES SPANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1470 CDP |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for entry of default. The motion will be denied because these defendants have not yet been served. I will also deny plaintiff's motion for a case management order for the same reason. Once all defendants have been served and respond to plaintiff's supplemental complaint, I will issue a case management order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for entry of default [#56] is denied.

**IT IS FURTHER ORDERED** that plaintiff's motion for case management order [#57] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2007.