UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES SPANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV1470 CDP |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on defendants' motion to dismiss plaintiff's complaint for failure to comply with Local Rule 2.06(B) and for failure to prosecute. In support of their motion, defendants claim that mail sent to plaintiff at his current address of record has been returned as undeliverable. Local Rule 2.06(B) of the Eastern District of Missouri requires plaintiff, who is proceeding pro se, to notify the Court of any change in his address. Although plaintiff did not comply with this rule, the Court is informed that plaintiff has been released from custody and that his current address is 4124 Harris Avenue, First Floor, St. Louis, Missouri 63115. The Court will direct the Clerk of the Court to update plaintiff's address of record and to send a copy of this Order to plaintiff at his current address. Defendants should send copies of all mail returned as undeliverable to

plaintiff at his current address.  Because defendants now have plaintiff's current address, I will deny defendants' motion to dismiss.  However, plaintiff is reminded of his obligation to comply with all Local and Federal Rules of Civil Procedure, as well as all Orders of this Court, in the prosecution of this action.  Failure to do so may result in the imposition of sanctions, including the dismissal of the complaint with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to dismiss [#63] is denied.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall update the docket sheet in this case to reflect plaintiff's current address of record as 4124 Harris Avenue, First Floor, St. Louis, Missouri 63115.  The Clerk shall also send a copy of this Order to plaintiff at this address.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of July, 2007.