UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JAMES SPANN, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:05CV1470 CDP |
| CORRECTIONAL MEDICAL SERVICES, et al., | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER OF DISMISSAL**

On October 1, 2007, I ordered plaintiff to show cause why his complaint should not be dismissed with prejudice for his failure to comply with the case management order and rules of procedure, and for his failure to prosecute this case. I specifically warned plaintiff that his failure to file a timely response to the Show Cause Order would result in the dismissal of this action with prejudice without further notice by the Court. Plaintiff failed to file a response to the Show Cause Order, and his time for doing so has now expired.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion to dismiss [#67]

is granted, and plaintiff's complaint is dismissed with prejudice for failure to comply with the Orders of this Court and for failure to prosecute.

A separate Judgment of Dismissal is entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of October, 2007.